FILED IN CHAMBERS
U.S.D.C. ATLANTA

Date: Jul 17 2025

KEVIN P. WEIMER , Clerk

By: Kari Butler
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MICHAEL LANCE BROWN

**CRIMINAL COMPLAINT**

Case Number:  4:25-mj-45

**UNDER SEAL**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  Between on or about May 13, 2025 and June 28, 2025 in Chattooga County, in the Northern District of Georgia, the defendant produced, received, distributed, and possessed child sexual abuse material (CSAM or child pornography)

in violation of Title 18, United States Code, Sections 2251(a), 2252(a)(2), and 2252(a)(4)(B).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

Signature of Complainant
Melissa Ash

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

July 16, 2025                                         at   Rome, Georgia
Date                                                           City and State

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Alex R. Sistla /alex.sistla@usdoj.gov

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Melissa Ash, hereby depose and state the following under penalty of perjury:

1.      I submit this affidavit in support of a criminal complaint authorizing the arrest of **MICHAEL LANCE BROWN (BROWN)** for violations of 18 U.S.C. §§ 2251(a) (production of child pornography), 2252(a)(2) (receipt and distribution of child pornography), and 2252(a)(4)(B) (possession of child pornography) occurring within the Northern District of Georgia as detailed below.

2.      I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) since 2019, and am currently assigned to Dalton, Georgia.  I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I graduated from Embry Riddle Aeronautical University with a Bachelor of Science, and prior to working for HSI, I was a Border Patrol Agent for the United States Border Patrol for seven years. As part of my duties as an HSI Special Agent, I have experience conducting criminal investigations involving child exploitation and child pornography and have participated in the execution of search warrants in such investigations.

3.      As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes that involve the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251 and 2252.

4.      Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included details of every aspect or each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the issuance of the complaint and requested warrant. I make this affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents, witnesses, documents, and records.

**PROBABLE CAUSE**

5.      In June 2025, HSI initiated an investigation involving the Kik user "skiddertech2."[1] In summary, the user was identified to have been communicating with undercover officers about the sexual exploitation of children. These conversations involved "skiddertech2" disclosing that he had hidden cameras in his bathroom and was recording his underage nieces while they were using the bathroom, which included the display of the children's vaginas. "Skiddertech2" also discussed wanting to have sex with minors.  On June 5, 2025, New Jersey State Police (NJSP) and HSI Newark observed "skiddertech2", who by now had been identified as Bradford FLAKER, travel from his residence in Hawthorne, NJ to a park in Belmar, NJ for the purpose of meeting a 13-year-old minor female to have sexual contact.  Upon his arrival at the park, FLAKER was encountered by NJSP detectives and HSI Newark special agents and was arrested. As a result of FLAKER's arrest and subsequent post-*Miranda* statements by FLAKER, as well as recovery of evidence from a search warrant executed at FLAKER's residence, it was determined FLAKER had been filming his 14-year-old, 13-year-old, and six-year-old nieces while they were using the toilet.

6.      Following FLAKER's arrest (the individual using Kik account "skiddertech2"), the files of his nieces were recovered, as well as chats and other child sexual abuse material (CSAM)[2] he exchanged with multiple Kik users.  In addition, Kik continued to file CyberTipline Reports ("CyberTips") with the National Center for Missing and Exploited Children related to the online conduct of "skiddertech2" and engagement with other Kik users.  As part of the ongoing investigation, HSI The Hague reviewed these CyberTips to identify other Kik accounts to which "skiddertech2" may have distributed the CSAM involving his nieces.  Among the accounts

---

[1] Kik is a smartphone messenger application that lets users connect with their friends and the world around them through chat. Users can send text, pictures, videos and more – all within the app. Kik is available for download through the iOS App Store and the Google Play store on most iOS (iPhone/iPod/and iPad) and Android (including Kindle Fire) devices. Kik is free to download and uses an existing Wi-Fi connection or data plan to send and receive messages.

[2] I use the terms "CSAM" and "child pornography" interchangeably throughout this affidavit.

identified was a Kik account with the username "starb2002", which was later determined to be used by **BROWN**. A special agent with HSI The Hague obtained the Kik-generated CyberTip No. 214627052, which disclosed that "starb2002" exchanged CSAM with "skiddertech2," as well as at least two other Kik users, "joeherejoethere" and "maxj_9." On June 26, 2025, the agent reviewed subscriber information, chat communications, and related media files for user "starb2002" that Kik had submitted along with the CyberTip. Based on subscriber information, the Kik account "starb2002" was created on May 6, 2025, and had an unconfirmed email address of mike.lance.brown@gmail.com. A review of the IP activity for the "starb2002" account revealed that it was accessed dozens of times primarily from three different IP addresses that resolved to Verizon Wireless and Windstream Communications LLC in the greater Atlanta, Georgia area, and DeKalb County Schools in Alabama.

7. Using law enforcement databases, the agent determined the email account mike.lance.brown@gmail.com was associated to **BROWN** (date of birth June 6, 1989) with respect to a financial transaction with United Community Bank. As part of the identifying information, the bank provided **BROWN's** full name, date of birth, social security number, driver's license number, phone number, and email. Additional research of **BROWN** revealed that he was employed as a Tech/Computer Specialist for the DeKalb (Alabama) County School District. **BROWN's** employment was consistent with many of the IP addresses that were being used to access the Kik account "starb2002", which resolved to DeKalb (Alabama) County Schools. According to a review of his Georgia driver's license, **BROWN** had a reported address of 168 State Line Road, Menlo, Georgia, 30731.

8. During a review of the chat communications between "starb2002" and the other Kik users, investigators learned that the user of the "starb2002" account claimed to be a 35-year-old male, lived in the United States, and he had two stepdaughters aged 12 (MV1) and 23 (V2) who resided with him. Kik user "starb2002" also shared with another Kik account that he had installed a hidden camera in a bathroom concealed in a wall outlet and he had been recording videos of his two stepdaughters naked in the bathroom. Kik user "starb2002" sent at least five

3

videos to "skiddertech2", "joeherejoethere" and "maxj_9." These videos depicted the stepdaughters' vaginas. In at least one of the videos, the face of one of the stepchildren is clearly visible.[3]

9.      In the background of the videos sent by Kik user "starb2002" is a dark shower curtain depicting a sleeping crescent moon surrounded by flowers and ferns. On the wall to the right of the shower is a handicap bar running perpendicular to the floor. By way of example, three of the videos that "starb2002" sent to other Kik users were:

 a. On May 13, 2025, "starb2002" sent filename b290932a-3a97-4f6e-a23f-b41ea9ba3802.mp4, a 13-second video that depicted V2 undressing in the bathroom. V2's vagina is visible.

 b. On May 15, 2025 "starb2002" sent filename 5965e688-7575-4a0d-866f-a02f6fbcfd18.mp4, a 12-second video that depicted likely MV1 naked, pulling the shower curtain back and stepping out of the shower.  MV1's vagina is visible. After reviewing this video, and based on my training and experience, I believe this video depicts sexually explicit conduct (*i.e.*, CSAM) as defined in 18 U.S.C. § 2256.

 c. On May 15, 2025 "starb2002" sent filename c3b6a550-fa2e-4503-8d0e-ad38eee301df.mp4, a 12-second video that depicted likely MV1, naked and drying herself with a towel and wrapping the towel around her.  MV1's vagina is visible. After reviewing this video, and based on my training and experience, I believe this video depicts sexually explicit conduct (*i.e.*, CSAM) as defined in 18 U.S.C. § 2256.

10.     In addition, **BROWN** received from Kik user "skiddertech2" at least seven videos, four of which depicted minor female children using the toilet and wiping their vaginas with toilet paper. The camera was near the floor, facing an upward angle. After reviewing these four videos,

---

[3] In addition, Kik user "starb2002" also shared at least five images of child erotica.

and based on my training and experience, I believe each video depicts sexually explicit conduct (*i.e.*, CSAM) as defined in 18 U.S.C. § 2256.

11. On June 28, 2025, HSI Dalton was notified of **BROWN** and the investigation. The evidence sent by HSI The Hague was reviewed by me and a detective with Chattooga County Sheriff's Office (CCSO). Further investigation determined the house at 168 State Line Road, Menlo, Georgia had been on the market since April 2025 and **BROWN** and his family were residing at 491 State Line Road, Menlo, Georgia. Based on photos in the sale listing, none of the bathrooms in the 168 State Line Road residence matched the bathroom in the videos sent by Kik user "starb2002" (*i.e.*, **BROWN**). On May 25, 2025, IP address 40.138.161.194 had been used over several hours to access the Kik account "starb2002" and matched the date and times "starb2002" corresponded with another Kik user. Based on information from Kik, this was also the most recent IP address from which the "starb2002" logged in (June 21, 2025).[4] Investigators subsequently learned that Windstream Communications LLC was the Internet Service Provider for IP address 40.138.161.194 and that the Windstream account associated with that IP address was registered to Mike Brown with a service address of 491 State Line Road, Menlo, Georgia. The start date for the account was May 7, 2025. Based on the foregoing information, on June 28, 2025, law enforcement executed a state search warrant at 491 State Line Road, Menlo, Georgia.

12. During the execution of the search warrant, law enforcement located the hidden camera in the guest bathroom that **BROWN's** stepdaughters used. It was part of a GFCI Receptable outlet. A 128 GB mini-SD card was removed from the camera. The curtain in the bathroom also matched the shower curtain in the videos discussed above that had been distributed by the "starb2002" Kik account. Investigators further confirmed that **BROWN** did in fact have two stepdaughters, aged 12 years old and 23 years old, corresponding to MV1 and V1.

13. **BROWN**, who was not present when law enforcement initially entered the residence, arrived during the execution of the search warrant and gave agents his unlocked personal

---

[4] June 21, 2025 was last date of information provided by Kik in CyberTip # 214627052.

iPhone 14, which had been reset.[5] **BROWN's** work iPhone 12 was found on the living room coffee table. In addition, law enforcement recovered numerous other electronic devices, including: (i) one Sony PlayStation; (ii) one home-built Fractal computer tower, serial with yellow Corsair thumb drive; (iii) one Drobo data storage tower with five data storage drives; (iv) four black and silver thumb drives; (v) one 16GB mini-SD card; (vi) six external hard drives; (vii) one Dell Chromebook; (vii) seven black and silver thumb drives; and (viii) one 32 SanDisk thumb drive and one 16GB PNY thumb drive. On June 30, 2025, I applied for and received a federal search warrant (4:25-mc-70) from U.S. Magistrate Judge Walter E. Johnson that authorized the search of these electronic devices for evidence of violations of 18 U.S.C. §§ 2251 & 2252.

14.     During one of his chats with "skiddertech2", **BROWN** shared a link to the website where he purchased the hidden camera (the GFCI outlet hidden camera).[6]  On June 29, 2025, I contacted Black Point Security and obtained the order details for the camera.  The order information revealed that on May 11, 2025, **BROWN** ordered one "Functional Hardwired GFCI Receptacle Outlet Wifi 4K UHD Camera," which cost $299.00. The order details identified the billing address as 168 State Line Road, Cloudland, GA, 30731 (the address on **BROWN's** Georgia driver's license) and shipping address as 491 State Line Road, Cloudland, GA, 30731 (the address at which the residential search warrant was executed on June 28, 2025).[7]  **BROWN** listed his email as mike.lance.brown@gmail.com (the same email address for the "starb2002" Kik account).  The order information also indicated the IP address used by the purchaser was 40.138.161.194 (one of the IP addresses from which the "starb2002" account had been accessed). Black Point Security also provided the UPS tracking number of the shipment, which indicated it was delivered on May 13, 2025 to a location in Menlo, Georgia.

---

[5] I performed an onside preview of BROWN's personal iPhone 14 and determined it had been restored to "factory settings," deleting all the data.

[6] **BROWN** shared the following URL: https://blackpointsecurity.com/products/functional-hardwired-gfci-receptacle-outlet-wifi-4k-uhd-camera.html

[7] Both addresses sit between Cloudland and Menlo, Georgia. It is possible obtain directions or send mail to each of these addresses by listing either town.

15.     As noted above, I obtained for a federal search warrant for the electronic devices seized from **BROWN's** residence, and investigators have determined that the content on the 128 GB mini-SD card had been erased, except for video of law enforcement removing the camera during the execution of the search warrant. I obtained the manual for the camera and learned that the mini-SD card could be erased remotely from an app on a cellular phone. Based on the foregoing, it is probable that **BROWN** erased the data on the SD card before performing a factory reset on his personal iPhone 14.

16.     Based on the facts above, there is probable cause to believe that beginning on or about May 13, 2025, and continuing through on or about June 28, 2025, in the Northern District of Georgia, **MICHAEL LANCE BROWN** did knowingly produce, receive, and possess visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(a)(4)(B).